IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:21-cv-00179-FL

| | |
|---|---|
| PATRICIA MCELROY AND STEPHEN MCELROY, | ) ) ) |
| PLAINTIFFS, | ) ) ) |
| VS. | ) ) ORDER ) |
| AT&T CORPORATION (SUCCESSOR IN INTEREST TO) BELL LABORATORIES), ET AL., | ) ) ) ) ) |
| DEFENDANTS. | ) ) ) |

This matter is before the Court upon motion by Plaintiffs Patricia McElroy and Stephen McElroy, and Specialty Minerals, Inc., to dismiss without prejudice all claims against Specialty Minerals, Inc. in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against Specialty Minerals, Inc. without prejudice, and that the motion should be granted for good causes shown;

IT IS THEREFORE ORDERED that the action of Patricia McElroy and Stephen McElroy, against Defendant Specialty Minerals, Inc., be DISMISSED WITHOUT PREJUDICE. Each party to bear its own costs.

This the 22nd day of July, 2022.

_LOUISE W. FLANAGAN_
United States District Judge