IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:21-cv-00179-FL

| | |
|---|---|
| PATRICIA MCELROY AND STEPHEN MCELROY, <br><br> PLAINTIFFS, <br><br> VS. <br><br> AT&T CORPORATION (SUCCESSOR IN INTEREST TO) BELL LABORATORIES), ET AL., <br><br> DEFENDANTS. | ORDER |

This matter is before the Court upon motion by Plaintiffs Patricia McElroy and Stephen McElroy, and Whittaker Clark & Daniels, Inc., to dismiss without prejudice all claims against Whittaker Clark & Daniels, Inc. in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against Whittaker Clark & Daniels, Inc. without prejudice, and that the motion should be granted for good causes shown;

IT IS THEREFORE ORDERED that the action of Patricia McElroy and Stephen McElroy, against Defendant Whittaker Clark & Daniels, Inc., be DISMISSED WITHOUT PREJUDICE. Each party to bear its own costs.

This the 22nd day of July, 2022.

_____
LOUISE W. FLANAGAN
United States District Judge