IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:21-cv-00179-FL

| | |
|---|---|
| PATRICIA MCELROY AND STEPHEN MCELROY, | ) ) ) |
| PLAINTIFFS, | ) ) ) |
| VS. | ) ) ) |
| AT&T CORPORATION (SUCCESSOR IN INTEREST TO BELL LABORATORIES), ET AL., | ) ) ) ) |
| DEFENDANTS. | ) ) |

ORDER

This matter is before the Court upon joint motion by Plaintiffs Patricia McElroy and Stephen McElroy, and Estee Lauder Inc., to dismiss with prejudice all claims against Estee Lauder, Inc. in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against Estee Lauder, Inc. with prejudice, and that the motion should be granted for good causes shown;

IT IS THEREFORE ORDERED that the action of Patricia McElroy and Stephen McElroy against Defendant Estee Lauder, Inc., be DISMISSED WITH PREJUDICE. Each party to bear its own costs.

This the 23rd day of November, 2022.

_____
LOUISE W. FLANAGAN
United States District Judge

Copies to All Counsel of Record