# EXHIBIT 65

# A TEXTBOOK

OF

# MINERALOGY

WITH AN EXTENDED TREATISE ON

## CRYSTALLOGRAPHY AND PHYSICAL MINERALOGY

BY

EDWARD SALISBURY DANA

*Late Professor Emeritus of Physics, Yale University*

*FOURTH EDITION, REVISED AND ENLARGED*

BY

WILLIAM E. FORD

*Professor of Mineralogy and Curator of the Mineral Collections,
Sheffield Scientific School of Yale University*

F. EYOLF BRONNER

NEW YORK

JOHN WILEY & SONS, Inc.

London: CHAPMAN & HALL, Limited

Case 5:21-cv-00179-FL   Document 128-59   Filed 01/12/23   Page 2 of 10

Copyright, 1898
By EDWARD S. DANA

Copyright, 1922, 1932
By EDWARD S. DANA
and WILLIAM E. FORD

Copyright Renewed, 1926
By EDWARD S. DANA

*All Rights Reserved*

*This book or any part thereof must not
be reproduced in any form without
the written permission of the publisher.*

F. EYOLF BRONNER

Printed in U. S. A.

4-38

| Printing | Composition and Plates | Binding |
|---|---|---|
| F. H. GILSON CO., BOSTON | TECHNICAL COMPOSITION CO., CAMBRIDGE | STANHOPE BINDERY BOSTON |

## APPENDIX TO THE MICA DIVISION — VERMICULITES

The VERMICULITE GROUP includes a number of micaceous minerals, all hydrated silicates, in part closely related to the chlorites, but varying somewhat widely in composition. They are alteration-products chiefly of the micas, biotite, phlogopite, etc., and retain more or less perfectly the micaceous cleavage, and often show the negative optical character and small axial angle of the original species. Many of them are of a more or less indefinite chemical nature, and the composition varies with that of the original mineral and with the degree of alteration.

The laminæ in general are soft, pliable, and inelastic; the luster pearly or bronze-like, and the color varies from white to yellow and brown. Heated to 100°–110° or dried over sulphuric acid most of the vermiculites lose considerable water, up to 10 per cent, which is probably hygroscopic; at 300° another portion is often given off; and at a red heat a some what larger amount is expelled. Connected with the loss of water upon ignition is the common physical character of exfoliation; some of the kinds especially show this to a marked degree, slowly opening out, when heated gradually, into long worm-like threads. This character has given the name to the group, from the Latin *vermiculari, to breed worms.* The minerals included can hardly rank as distinct species and only their names can be given here: *Jefferisite, vermiculite, culsageeite, kerrite, lennilite, hallite, philadelphite, vaalite, maconite, dudleyite, pyrosclerite.*

### III. Serpentine and Talc Division

The leading species belonging here, Serpentine and Talc, are closely related to the Chlorite Group of the Mica Division preceding, as noted beyond. Some other magnesium silicates, in part amorphous, are included with them.

#### SERPENTINE.

Monoclinic. In distinct crystals, but only as pseudomorphs. Sometimes foliated, folia rarely separable; also delicately fibrous, the fibers often easily separable, and either flexible or brittle. Usually massive, but microscopically finely fibrous and felted, also fine granular to impalpable or cryptocrystalline; slaty. Crystalline in structure but often by compensation nearly isotropic; amorphous.

X-ray analysis of chrysotile shows that it is composed of bundles of parallel fibers, but although the individual fibers are elongated parallel to one crystallographic direction (*c* axis) their orientation otherwise varies. The structure is monoclinic. Four molecules of $H_4Mg_3Si_2O_9$ in the unit cell. Each silicon atom is surrounded by four oxygen atoms arranged at the points of a tetrahedron, a part of the oxygen atoms being shared by neighboring tetrahedral groups. Together these groups form chains extending parallel to the vertical axis. The chains are similar to those of the amphiboles with the composition $Si_4O_{11}$. The binding forces between these chains are weak thus accounting for the fibrous structure. The arrangement of the Mg and OH groups is similar to that in brucite.

Cleavage $b$(010), sometimes distinct; also prismatic (50°) in chrysotile. Fracture usually conchoidal or splintery. Feel smooth, sometimes greasy. H. = 2·5–4, rarely 5·5. G. = 2·50–2·65; some fibrous varieties 2·2–2·3; retinalite, 2·36–2·55. Luster subresinous to greasy, pearly, earthy; resin-like, or wax-like; usually feeble. Color leek-green, blackish green; oil- and siskin-green; brownish red, brownish yellow; none bright; sometimes nearly white. On exposure, often becoming yellowish gray. Streak white, slightly shining. Translucent to opaque.

Pleochroism feeble. Optically −, perhaps also + in chrysotile. Double refraction weak. Ax. pl. ‖ $a$(100). $X \perp b$(010) the cleavage surface; $Z$ ‖ elongation of fibers. $2V = 20°$ to 90°. Indices variable, from 1·490–1·571.

ICULITES

, all hydrated sili... widely in composi... ite, etc., and retain e optical character re or less indefinite neral and with the

irly or bronze-like, ·110° or dried over, per cent, which is a red heat a some... ion ignition is the ly show this to a worm-like threads iri, to breed worms, iames can be given iladelphite, vaalite

c closely related noted beyond ided with them.

hs. Sometimes iers often easily microscopically yptocrystalline; iearly isotropic;

parallel fibers, but c direction (c axis) 'our molecules of oxygen atoms ar- iared by neighbor- iarallel to the ver- composition $Si_4O_{11}$; fibrous structure.

') in chrysotile. netimes greasy. rieties 2·2–2·3; thy; resin-like, oil- and siskin- es nearly white. lightly shining.

sotile. Double iavage surface; om 1·490–1·571.

*Var.* — Many unsustained species have been made out of serpentine, differing in structure (massive, slaty, foliated, fibrous), or, as supposed, in chemical composition; and these now, in part, stand as varieties, along with some others based on variations in texture, etc. Some authors separate the mineral into two modifications: (a) *antigorite* (see below) with chemical and optical relations to the Chlorite Group, and (b) massive and fibrous *serpentine* and *chrysotile*.

A. IN CRYSTALS — PSEUDOMORPHS. The most common have the form of chrysolite. Other kinds are pseudomorphs after pyroxene, amphibole, spinel, chondrodite, garnet, phlogopite, etc. *Bastite* or *Schiller Spar* is enstatite (hypersthene) altered more or less completely to serpentine. See p. 555.

B. MASSIVE. 1. *Ordinary massive.* (a) *Precious or Noble Serpentine* is of a rich oil-green color, of pale or dark shades, and translucent even when in thick pieces. (b) *Common Serpentine* is of dark shades of color, and subtranslucent. The former has a hardness of 2·5–3; the latter often of 4 or beyond, owing to impurities.

*Resinous. Retinalite.* — Massive, honey-yellow to light oil-green, waxy or resin-like luster.

*Bowenite* (Nephrite Bowen). — Massive, of very fine granular texture, and much resembles nephrite, and was long so called. It is apple-green or greenish white in color; G. = 2·594–2·787; and it has the unusual hardness 5·5–6. From Smithfield, Rhode Island; also a similar kind from New Zealand, called *tangiwaite* or *tangawaite.*

*Ricolite* is a banded variety with a fine green color from Mexico.

C. LAMELLAR. *Antigorite*, thin lamellar in structure, separating into translucent folia. H. = 2·5; G. = 2·622; color brownish green by reflected light; feel smooth, but not greasy. It shows a negative interference figure with $X$ normal to cleavage. From Antigorio valley, Piedmont, Italy.

D. THIN FOLIATED. *Marmolite*, thin foliated; the laminæ brittle but separable. G. = 2·41; colors greenish white, bluish white to pale asparagus-green. From Hoboken, New Jersey.

E. FIBROUS. *Chrysotile.* Delicately fibrous, the fibers usually flexible and easily separating; luster silky, or silky metallic; color greenish white, green, olive-green, yellow and brownish; G. = 2·219. Often constitutes seams in serpentine. It includes most of the silky *amianthus* of serpentine rocks and much of what is popularly called *asbestos* (asbestus). Cf. p. 574.

*Picrolite*, columnar, but fibers or columns not easily flexible, and often not easily separable, or only affording a splintery fracture; color dark green to mountain-green, gray, brown. The original was from Taberg, Sweden. *Metaxite* is similar. *Baltimorite* is picrolite from Bare Hills, Maryland.

*Radiotine* is like serpentine except in regard to its solubility and specific gravity. In spherical aggregates of radiating fibers from near Dillenburg, Nassau.

F. SERPENTINE ROCKS. Serpentine often constitutes rock-masses. It frequently occurs mixed with more or less of dolomite, magnesite, or calcite, making a rock of clouded green, sometimes veined with white or pale green, called *verd*

997



998

  

*a*, Serpentine derived from chrysolite; *b*, from amphibole; *c*, from pyroxene

*antique, ophiolite,* or *ophicalcite.* Serpentine rock is sometimes mottled with red, or has something of the aspect of a red porphyry; the reddish portions containing an unusual amount of oxide of iron. Any serpentine rock cut into slabs and polished is called *serpentine marble.*

Case 5:21-cv-00179-FL   Document 128-59   Filed 01/12/23   Page 5 of 10

Microscopic examination has established the fact that serpentine in rock-masses has been largely produced by the alteration of chrysolite, and many apparently homogeneous serpentines show more or less of this original mineral. In other cases it has resulted from the alteration of pyroxene or amphibole. Sections of the serpentine derived from chrysolite often show a peculiar structure, like the meshes of a net (Fig. 997); the lines marked by grains of magnetite also follow the original cracks and cleavage directions of the chrysolite (Fig. 998, a). The serpentine from amphibole and pyroxene commonly shows an analogous structure; the iron particles following the former cleavage lines. Hence the nature of the original mineral can often be inferred. Cf. Fig. 998, a, b, c (Pirsson).

**Comp.** — A magnesium silicate, $H_4Mg_3Si_2O_9$ or $3MgO.2SiO_2.2H_2O$ = Silica 44·1, magnesia 43·0, water 12·9 = 100. Iron protoxide often replaces a small part of the magnesium; nickel in small amount is sometimes present. The water is chiefly expelled at a red heat.

For chemical relations to the minerals of the Chlorite Group, see p. 668.

**Pyr., etc.** — In the closed tube yields water. B.B. fuses on the edges with difficulty. F. = 6. Gives usually an iron reaction. Decomposed by hydrochloric and sulphuric acids. From chrysotile the silica is left in fine fibers.

**Diff.** — Characterized by softness, absence of cleavage and feeble waxy or oily luster, low specific gravity; by yielding much water B.B.

**Micro.** — Readily recognized in thin sections by its greenish or yellowish green color, low relief and aggregate polarization due to its fibrous structure. When the fibers are parallel, the interference-colors are not very low, but the confused aggregates may show the "ultra blue" or even be isotropic. The constant association with other magnesia bearing minerals like chrysolite, pyroxene, hornblende, etc., is also characteristic. The presence of lines of iron oxide particles as noted above (Fig. 998) is characteristic.

**Obs.** — Serpentine is always a secondary mineral resulting, as noted above, from the alteration of non-aluminous silicates containing magnesia, particularly chrysolite, amphibole or pyroxene; more rarely from monticellite, chondrodite, vesuvianite, garnet, talc, etc. It may occur as a replacement of the original mineral, forming a pseudomorph, or it may be deposited elsewhere in the rock openings or as replacing some other mineral. It frequently forms large rock-masses, then being derived from the alteration of peridotites, dunites and other basic rocks of igneous origin; also of amphibolites or other similar metamorphic rocks which may have had a sedimentary origin. In the first case it is usually accompanied by spinel, garnet, chromite and sometimes nickel ores; in the second case by various carbonates such as dolomite, magnesite, breunnerite, etc. Serpentine is a mineral which occurs commonly, though rarely in masses of great size. In the metamorphic rocks it is commonly found as layers, lenticular bodies, etc.

Serpentine is so common a mineral and so widespread in its occurrence that only its most important and interesting localities can be mentioned here. In Saxony, massive ornamental material comes from Zöblitz; and the variety *metaxite* from Schwarzenberg; in Silesia at Reichenstein *picrolite* and *chrysotile*. A variety containing soda from the Zillertal, Tyrol, Austria, is called *nemaphyllite*. In Italy pseudomorphs after monticellite occur in the Val di Fassa, Trentino; the variety *antigorite* was originally described from Valle Antigorio, Piedmont. In Switzerland various types of serpentine are found near Zermatt, in Valais. *Thermophyllite* is found in Finland at Hoponsuo. In crystals pseudomorphic after chrysolite from Snarum in Buskerud, Norway. Fine serpentine from the Lizard, Cornwall. Asbestos occurs in the Transvaal in the Barberton district and at various points in Australia.

In the United States fine at Newburyport, Essex Co., Massachusetts. In Rhode Island *bowenite* at Smithfield, Providence Co. In New York from the Tilly Foster mine near Brewster, Putnam Co., pseudomorphic after chondrodite, also in cube-like cleavage forms, presumably pseudomorphous after some unknown mineral; in St. Lawrence Co., at Somerville and elsewhere. In New Jersey *marmolite*, etc., at Hoboken, associated with brucite, magnesite, etc.; at Montville, Morris Co., *chrysotile* and *retinalite* with common serpentine; in Sussex Co., at Vernon and Franklin. In Pennsylvania, at Easton, Northampton Co., pseudomorphous after pyroxene and amphibole; massive, fibrous and foliated of various colors at Texas, Lancaster Co.; at West Chester, Chester Co., *williamsite*; at Bare Hills near Baltimore in Maryland (*baltimorite*). Asbestos is found in Arizona from near Globe, Gila Co., from the Sierra Ancha, and the Grand Canyon.

In Canada abundant among the metamorphic rocks of Quebec between the Vermont boundary and Gaspe Co., at Danville, Richmond Co.; Thetford in Megantic Co.; Brough-

 in rock-masses has
 rently homogeneous
 it has resulted from
 rived from chrysolite
 the lines marked by
 ions of the chrysolite
 shows an analogous
 ice the nature of the

iO₂.2H₂O = Silica
n replaces a small
ies present. The

. 668.
dges with difficulty
c and sulphuric acids

waxy or oily luster;

ellowish green color.
When the fibers are
ggregates may show
other magnesia bear-
ristic. The presence
tic.
ited above, from the
chrysolite, amphibole
garnet, talc, etc. It
morph, or it may be
ineral. It frequently
ridotites, dunites and
ir metamorphic rocks
ially accompanied by
ise by various carbo-
mineral which occurs
 rocks it is commonly

nce that only its most
/, massive ornamental
enberg; in Silesia at
n the Zillertal, Tyrol,
llite occur in the Val
irom Valle Antigorio,
ir Zermatt, in Valais.
morphic after chryso-
izard, Cornwall. As-
is points in Australia.
tts. In Rhode Island
lly Foster mine near
e-like cleavage forms,
wrence Co., at Somer-
sociated with brucite,
h common serpentine;
n, Northampton Co.,
id foliated of various
amsite; at Bare Hills
ona from near Globe,

between the Vermont
egantic Co.; Brough-

ton in Beauce Co., etc.; in Ottawa Co., at Templeton. The asbestos often forms seams several inches in thickness in the massive mineral and has been extensively mined.

The names *Serpentine, Ophite, Lapis colubrinus,* allude to the green serpent-like cloudings of the serpentine marble. *Retinalite* is from ῥετινη, *resin; Picrolite,* from πικρόs, *bitter,* in allusion to the magnesia (or bittererde) present; *Thermophyllite,* from θέρμη, *heat,* and φύλλον, *leaf,* on account of the exfoliation when heated; *Chrysotile,* from χρυσόs, *golden,* and τιλοs, *fibrous; Metaxite,* from μέταξα, *silk; Marmolite,* from μαρμαίρω, *to shine,* in allusion to its peculiar luster.

**Use.** — As an ornamental stone; the fibrous variety furnishes the greater part of the heat insulating material known as asbestos.

**Deweylite.** — A magnesian silicate near serpentine but with more water. Formula perhaps $4MgO.3SiO_2.6H_2O$. Amorphous, resembling gum arabic, or a resin. Microscopically fibrous. H. = 2–3·5. G. = 2·0–2·2. Color whitish, yellowish, reddish, brownish. Index, 1·55. Z parallel to fibers. Deweylite is usually found with serpentine as one of its decomposition products and commonly encloses a carbonate. It occurs as pseudomorphs after talc, etc. It occurs with serpentine at Kuttenberg in Bohemia of Czechoslovakia. From near Kraubat in the Mürztal in Styria, Austria, including the bright red variety called *eisengymnite.* With serpentine from the Val di Fiemme, Trentino, Italy; in granular limestone at Passau, Bavaria. In the United States it occurs at Middlefield, Hampshire Co., Massachusetts; in Pennsylvania at Texas, Lancaster Co., also in Berks, Chester, and Delaware counties. *Gymnite,* named from γυμνόs, *naked,* in allusion to the locality at Bare Hills, Maryland, is the same species.

**Genthite. Nickel Gymnite.** — A gymnite with part of the magnesium replaced by nickel, $2NiO.2MgO.3SiO_2.6H_2O$. Probably should be included as a variety of garnierite. Amorphous, with a delicate stalactitic surface, incrusting. H. = 3–4; sometimes very soft. G. = 2·409. Luster resinous. Color pale apple-green, or yellowish. From Texas, Lancaster Co., Pennsylvania, in thin crusts on chromite. Also reported from near Prägratten in the Austrian Tyrol; from near Malaga, Spain; and on Michipicoten Island in Lake Superior, Ontario.

**Garnierite. Noumeite.** — An important ore of nickel, consisting essentially of a hydrated silicate of magnesium and nickel, perhaps $H_2(Ni,Mg)SiO_4$ + water, but very variable in composition, particularly as regards the nickel and magnesium; not always homogeneous. Amorphous. Soft and friable. G. = 2·3–2·8. Luster dull. Color bright apple-green, pale green to nearly white. Index, 1·59. In part unctuous; sometimes adheres to the tongue. Occurs in serpentine rock near Noumea, capital of New Caledonia, associated with chromic iron and steatite, where it is extensively mined. A similar ore occurs at Riddle in Douglas County, southern Oregon; also at Webster, Jackson Co., North Carolina. Reported also from the Transvaal in South Africa and from Madagascar. A nickel silicate found in peat in the Ural Mts. has been called *kerzinite.*

**Nepouite.** $3(Ni,Mg)O.2SiO_2.2H_2O$. Monoclinic. In microscopic crystal plates with hexagonal outline. Good cleavages; ‖ (001) and (010). H. = 2–2·5. G. = 2·5–3·2. Color pale to deep green. Optically –. Ax. pl. ‖ (010). X ⊥ (001). 2V very small. Indices vary with nickel content; 1·53–1·63. Occurs in the nickel deposits at Nepoui and elsewhere in New Caledonia.

**Connarite.** — A hydrous nickel silicate, perhaps $H_4Ni_2Si_3O_{10}$. Hexagonal. In small fragile grains. Perfect cleavage (0001). H. = 2·5–3. G. = 2·5. Color yellowish green. Optically –. ω = 1·59, ε = 1·56. From Röttis, north of Plauen in Saxony.

**MAUFITE.** Essentially an aluminum, nickel silicate, perhaps $(Mg,Ni,Fe)O.2Al_2O_3.3SiO_2.4H_2O$. In fibrous-like sheaves. Emerald-green color. H. = 3. G. = 2·27. Found in a small seam in serpentine near Umvukwe Geodetic Station, Umvukwe Mts., southern Rhodesia.

## TALC.

Orthorhombic or monoclinic. Rarely in tabular crystals, hexagonal or rhombic with prismatic angle of 60°. Usually foliated massive; sometimes in globular and stellated groups; also granular massive, coarse or fine; fibrous (pseudomorphous); also compact or cryptocrystalline.

Cleavage: basal, perfect. Sectile. Flexible in thin laminæ, but not elastic. Percussion-figure a six-rayed star, as with the micas. Feel greasy. H. = 1–1·5. G. = 2·7–2·8. Luster pearly on cleavage surface. Color

apple-green to white, or silvery white; also greenish gray and dark green, sometimes bright green perpendicular to cleavage surface, and brown and less translucent at right angles to this direction; brownish to blackish green and reddish when impure. Streak usually white; of dark green varieties lighter than the color. Subtransparent to translucent. Optically negative. Ax. pl. ∥ $a(100)$. $X \perp c(001)$. Axial angle small, variable. Indices approx.; $\alpha = 1\cdot539$, $\beta = 1\cdot589$, $\gamma = 1\cdot589$.

Var. — *Foliated*, *Talc*. Consists of folia, usually easily separated, having a greasy feel, and presenting ordinarily light green, greenish white, and white colors. G. = 2·55–2·78.

*Massive*, *Steatite* or *Soapstone*. *a.* Coarse granular, grayish green, and brownish gray in color; H. = 1–2·5. *Pot-stone* is ordinary soapstone, more or less impure. *b.* Fine granular or cryptocrystalline, and soft enough to be used as chalk; as the *French chalk*, which is milk-white with a pearly luster. *c.* *Indurated talc*. An impure slaty talc, harder than ordinary talc.

*Pseudomorphous.* *a.* Fibrous, fine to coarse, altered from enstatite and tremolite. *b.* *Rensselaerite*, having the form of pyroxene from northern New York and Canada.

A peculiar form of clay which swells when wet, found at the Hacienda Santa Lucia near Mexico City, Mexico, and which corresponds in composition to a hydrated talc has been called *lucianite*.

Comp. — An acid metasilicate of magnesium, $H_2Mg_3(SiO_3)_4$ or $H_2O$·$3MgO·4SiO_2$ = Silica 63·5, magnesia 31·7, water 4·8 = 100. One-half the water is lost below dull red heat; the remainder goes off rapidly at about 900° C. Nickel is sometimes present in small amount.

Talc shows variations in composition, especially in the water content. A part of the water can be driven off by heat without any change in the crystalline or optical characters, suggesting that some of the water present is out of the crystal structure.

Pyr., etc. — In the closed tube B.B., when intensely ignited, most varieties yield water. In the platinum forceps whitens, exfoliates, and fuses with difficulty on the thin edges to a white enamel. Moistened with cobalt solution, assumes on ignition a pale red color. Not decomposed by acids. Rensselaerite is decomposed by concentrated sulphuric acid.

Diff. — Characterized by extreme softness, soapy feel; common foliated structure; pearly luster; it is flexible but inelastic. Yields water only on intense ignition.

Obs. — Talc or steatite is a very common mineral of secondary origin, and in the form of steatite constitutes extensive beds in some regions. It is often associated with serpentine, talcose or chloritic schist, and dolomite, and frequently contains crystals of dolomite, breunnerite, also asbestus, actinolite, tourmaline, magnetite. It has been formed by the alteration of non-aluminous magnesian silicates, like chrysolite, hypersthene, pyroxene, amphibole, etc. It is very common in pseudomorphs; see above.

Only a few of the most important localities for the occurrence of talc are given. Apple-green talc occurs at Mt. Greiner in the Zillertal, Austrian Tyrol; in Switzerland at St. Gotthard in Ticino and at Fiesch, etc., in Valais. Steatite comes from Göpfersgrün near Wunsiedel, Bavaria. From near Lizard Head in Cornwall with serpentine; from the Shetland Islands. In the Transvaal in the Barberton district. Steatite occurs in large amounts in India and China.

In the United States at various points in Vermont, New Hampshire, and Massachusetts. From Smithfield, Providence Co., Rhode Island; in New York at Edwards a fine fibrous talc (*agalite*); and elsewhere in St. Lawrence Co.; the so-called *rensselaerite* is common in northern New York. In Pennsylvania in Chester, Delaware, and Lancaster counties. In Maryland at Cooptown, Harford Co., with green, blue, and rose colors. Steatite occurs in Cherokee Co., North Carolina. In Canada talc and steatite are found in Brome Co., and elsewhere in Quebec and in Hastings Co., etc., in Ontario.

Use. — In the form of soapstone used for wash tubs, sinks, table tops, switchboards, hearth stones, furnace linings, etc.; the tips of gas burners, tailors' chalk, slate pencils, carved ornaments, etc.; in powdered form as filler in papers, as a lubricant, in toilet powders, etc.

GAVITE is apparently a variety of talc, differing in the amount of water present and in its solubility in acids. From Gava valley, Italy, occurring as a coating on garnet, chlorite, titanite, etc.

SEPIOLIT

Compac[t] croscopicall[y] phous subst variety *me* *parasepiolit* 2–2·5. G. water. Co[l] tinge, bluis[h] very small.

Comp. – water 12·1 regarded as nesium.

Pyr., etc. perature giv[e] white, and fu tion. Deco[m] with acid. Obs. — G with magnes[i] or alluvial de in Bœotia, G Hrubschütz was used in southeast of sylvania, in A fibrous The wor[d] *Sepiolite* is fr Spadite. Color reddis[h] Rome, Italy.

SAPONI[TE]

Monocl cavities. Luster gre[a] not adhere $\alpha = 1\cdot479$. description Comp. is usually $Al_2O_3·10Si$

Pyr., etc difficulty on Obs. — tive rocks, to crystalli[n] silicate. O[c] Scotland; *b* Hills, near C *saponite).* Michigan, a and in the the north s[i]

Case 5:21-cv-00179-FL     Document 128-59     Filed 01/12/23     Page 8 of 10

and dark green
, and brown and
to blackish green
k green varieties
Optically nega-
variable. Indices

having a greasy feel
rs. G. = 2·55–2·78,
, and brownish gray
ure. b. Fine granu-
'rench chalk, which is
alc, harder than ordi-

atite and tremolite
k and Canada.
ida Santa Lucia near
drated talc has been

s(SiO₃)₄ or H₂O
)0. One-half the
rapidly at about

tent. A part of the
or optical characters,
re.
varieties yield water.
n the thin edges to a
pale red color. Not
sulphuric acid.
i foliated structure;
e ignition.
igin, and in the form
ated with serpentine,
rystals of dolomite,
been formed by the
perathene, pyroxene,

lc are given. Apple-
n Switzerland at St.
im Göpfersgrün near
itine; from the Shet-
cure in large amounts

, and Massachusetts.
iwards a fine fibrous
elaerite is common in
ncaster counties. In
s. Steatite occurs in
d in Brome Co., and

; tops, switchboards,
chalk, slate pencils,
int, in toilet powders,

water present and in
g on garnet, chlorite,

## SEPIOLITE. Meerschaum.

Compact, with a smooth feel, and fine earthy texture, or clay-like. Microscopically is shown to be a mixture of fine fibrous material and an amorphous substance of apparently the same composition. The mixture forms the variety *meerschaum*. The fibrous mineral has been called *α-sepiolite* or *parasepiolite*; the amorphous material has been called *β-sepiolite*. H. = 2–2·5. G. = 2. Impressible by the finger nail. In dry masses floats on water. Color grayish white, white, or with a faint yellowish or reddish tinge, bluish green. Opaque. Biaxial, –. Indices, 1·52–1·53. 2V usually very small. *Parasepiolite* has a lower refraction index ($\beta$ = 1·506), 2V = 50°.

Comp. — $H_4Mg_2Si_3O_{10}$ or $2H_2O.2MgO.3SiO_2$ = Silica 60·8, magnesia 27·1, water 12·1 = 100. Some analyses show more water, which is probably to be regarded as hygroscopic. Copper and nickel may replace part of the magnesium.

Pyr., etc. — In the closed tube yields first hygroscopic moisture, and at a higher temperature gives much water and a burnt smell. B.B. some varieties blacken, then burn white, and fuse with difficulty on the thin edges. With cobalt solution a pink color on ignition. Decomposed by hydrochloric acid with separation of silica. *Parasepiolite* gelatinizes with acid.

Obs. — Commonly found as a secondary mineral in connection with serpentine; also with magnesite and at times with opal. Occurs in Asia Minor, in masses in stratified earthy or alluvial deposits near Eski Shehr associated with magnesite. It is also found at Thebes in Bœotia, Greece, with opal and derived from serpentine. In Moravia of Czechoslovakia at Hrubschütz on the Iglawa north of Kronau. Formerly obtained from Morocco where it was used in place of soap and known as *Pierre de savon de Maroc*. In Spain at Vallecas southeast of Madrid. Found in the United States in Chester and Delaware counties, Pennsylvania; in New Mexico near Sapella, San Miguel Co., and in Grant Co.

A fibrous mineral, having the composition of sepiolite, occurs in Utah.

The word *meerschaum* is German for *sea-froth*, and alludes to its lightness and color. *Sepiolite* is from σηπια, *cuttlefish*, the bone of which is light and porous.

Spadaite. — Perhaps $MgSiO_3.H_2O$. Massive, amorphous. H. = 2·5. Fusible at 4. Color reddish. Optically –. Indices, 1·51–1·53. 2V small. From Capo di Bove, near Rome, Italy. Noted at Gold Hill, Nevada.

---

## SAPONITE. Piotine.

Monoclinic or orthorhombic. Commonly massive. In nodules, or filling cavities. Soft, like butter or cheese, but brittle on drying. G. = 2·24–2·30. Luster greasy. Color white, yellowish, grayish green, bluish, reddish. Does not adhere to the tongue. Biaxial, –. $X \perp$ to a cleavage; $Z \parallel$ elongation. $\alpha$ = 1·479–1·490, $\beta$ = 1·510–1·525, $\gamma$ = 1·511–1·527. 2V small (optical description of material from Michigan).

Comp. — A hydrous silicate of magnesium and aluminum; the mineral is usually amorphous and impure. Material from Michigan gave: $9MgO.Al_2O_3.10SiO_2.15–16H_2O$.

Pyr., etc. — B.B. gives out water very readily and blackens; thin splinters fuse with difficulty on the edge. Decomposed by sulphuric acid.

Obs. — Saponite characteristically occurs in the amygdaloidal openings of basic eruptive rocks, associated with calcite, zeolites, etc. It is commonly one of the last minerals to crystallize and apparently has been formed through the alteration of some magnesium silicate. Occurs at Lizard Head in Cornwall, in veins in serpentine; at various localities in Scotland; *bowlingite* is from near Bowling in Dumbarton, and *cathkinite* from the Cathkin Hills, near Glasgow. In Sweden at Svärdsjö in Kopparberg northeast of Falun (*piotine* and *saponite*). In the United States it occurs with the copper deposits of Keweenaw Peninsula, Michigan, and in Minnesota in amygdaloid on the north shore of Lake Superior (*thulite*), and in the Thunder Bay district of Ontario, Canada. Also occurs on St. George Island off the north shore of Prince Edward Island.

Saponite is from *sapo, soap;* and piotine from πιοτης, *fat.*

LASSALLITE. Composition perhaps $3MgO.2Al_2O_3.12SiO_3.8H_2O$. In snow-white fibrous masses. G. = 1·5. In France from the antimony mine at Meyssonial en Mercœur in Haute-Loire and at Can Pey near Arles-sur-Tech, Pyrénées-Orientales.

Iddingsite. — $MgO.Fe_2O_3.3SiO_3.4H_2O$. Orthorhombic. Foliated. Three pinacoidal cleavages. H. = 3. G. = 2·5–2·8. Color brown. Optically –, sometimes +. Ax. pl. || (010). $X = a$ axis. Indices very variable, from 1·608 to 1·765. Strong dispersion $\rho < v$. Occurs as an alteration product of chrysolite at Carmelo Bay, Monterey Co., California; from a number of localities in Colorado, etc. Minerals identical with or closely resembling Iddingsite have been noted as alteration products of chrysolite in the basalts of Traversa and Orosei, Sardinia, and have been given the names *traversite* and *oroseite.*

Celadonite. — A silicate of iron, magnesium and potassium. Earthy or in minute scales. Lamellar or fibrous. Perfect cleavage. Very soft. Color green. Optically –. 2V small. $\beta = 1·63$. From cavities in amygdaloid at Mte. Baldo near Verona, Venetia, Italy. Also from the Zillertal, Tyrol, Austria.

Glauconite. — Essentially a hydrous silicate of iron and potassium. ·Shows a considerable variation in composition and probably occurs in both colloidal and crystalline forms. Usually amorphous, and resembling earthy chlorite. Noted in small crystal grains in a dolomite from near Bonneterre, St. Francis Co., Missouri. Micaceous cleavage. Optically –. $X$ nearly normal to cleavage. Indices, 1·60–1·63. 2V = 0°–20°. Color dull green. Occurs in rocks of nearly all geological ages; abundant in the " green sand," of the Chalk formation, sometimes constituting 75 to 90 per cent of the whole. Found abundantly in ocean sediments near the continental shores. It has been considered to have been formed by the alteration of augite, hornblende, mica, etc. A manganese glauconite from the Marsjat forest, Ural Mts., has been called *marsjatskite. Greenalite* is a green hydrated ferrous silicate found as granules in the cherty rock associated with iron ores of the Mesabi district, Minnesota. Resembles glauconite but contains no potash.

Pholidolite. — Corresponds approximately to $K_2O.12(Fe,Mg)O.Al_2O_3.13SiO_3.5H_2O$. Monoclinic. In minute pseudo-hexagonal crystalline scales. Perfect cleavage (001). H. = 4. G. = 2·408. Color grayish yellow. Optically –. $X \perp$ (001). Indices 1·50–1·545. 2V small. From Taberg in Vermland, Sweden, with garnet, diopside, etc.

## IV. KAOLIN DIVISION

### KAOLIN MINERALS: KAOLINITE, NACRITE, DICKITE.

Monoclinic; in thin rhombic, rhomboidal or hexagonal scales or plates with angles of 60° and 120°. Usually constituting a clay-like mass, either compact, friable or mealy.

Cleavage: basal, perfect. Flexible, inelastic. H. = 2–2·5. G. = 2·6–2·63. Luster of plates, pearly; of mass, pearly to dull earthy. Color white, grayish white, yellowish, sometimes brownish, bluish or reddish. Scales transparent to translucent; usually unctuous and plastic.

The study of minerals commonly included under the name of kaolin shows three species with different optical characters. The suggested separation is into *nacrite* (from near Freiberg, Saxony), *dickite* (from island of Anglesey, Wales, and Red Mountain, near Ouray, Colorado), and *kaolinite*. All are monoclinic. Optical axial plane, $\perp$ (010) and nearly || (100). Indices $\alpha = 1·557$–1·561, $\beta = 1·562$–1·565, $\gamma = 1·563$–1·566. *Nacrite* and *dickite* are nearly or quite transparent and in tabular crystals. *Kaolinite* is translucent to opaque and in crystals elongated parallel to $c$ axis. *Nacrite* is usually optically –, rarely +; *dickite* is +; *kaolinite* –. $Z = b$ axis in all three. ·The angle between $X$ and the normal to (001) = 10° to 12° in *nacrite*, 15° to 20° in *dickite*, 1° to 3½° in *kaolinite*. Dispersion $\rho > v$, rarely $\rho < v$ in *nacrite*; $\rho < v$ in *dickite*; $\rho > v$ in *kaolinite*. *Kaolinite* absorbs dyes readily becoming pleochroic; the other two do not show this. Study by X-rays shows distinctly different molecular spacings in the three cases.

Var. — 1. *Kaolin* ...ster in the mass. ... less impure includ... ...bluish or greenish c... ...aolin-like mineral f...

Comp. — $H_4A$... ...water 14·0 = 100

Pyr., etc. — Yiel... ...solution. Insoluble... Diff. — Charact... ...hies infusorial earth... Obs. — Ordinary ...ally the feldspar o... ...hese rocks have de... ...*kaolin*, usually more... ...ome of the other m... ...by the direct decom... ...s extensive sedime... ...res of the Coal for... ...n quartz veins. A... Kaolin is very... ...or the purity and s... ...here. In Bohemia... ...Saxony at Brand n... ...f kaolin near Mol... ...Vrieix, south of Li... ...affords material for... ...are found at St. A... ...rystalline plates n... In the United S... ...oal formation at... ...variety constitutes... ...Bell mine, Red Mo... ...cavities of a quar... ...chiefly from Georg... The name kaol... ...of a hill near Jauc... Use. — The fir... ...the form of clay i... PHOLERITE. N... ...was from the coal... MILOSCHITE. ... ...placing aluminum... ...blue, celandine-gr... ...Rudniak in Serbia... VOLCHONSKOIT... ...over aluminum ox... ...Siberia. Faratsihite. — ...clinic. In micro... ...posed by hydroch... ...kaolinite. Optic... ...gascar.

HALLOYSITE

Massive. ... Fracture co... ter somewhat f...

Case 5:21-cv-00179-FL     Document 128-59     Filed 01/12/23     Page 10 of 10