# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
#### Civil Action No. 5:21-cv-00179

PATRICIA McELROY and
STEPHAN McELROY,

                Plaintiffs,

    vs.

AT&T CORPORATION, *et al.*,

                Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

**ORDER GRANTING CONSENT
MOTION TO ENTER
JUDGMENT WITH PREJUDICE
ON PLAINTIFFS' CLAIMS OF
PUNITIVE DAMAGES**

Upon consideration of the Consent Motion to Enter Judgment with Prejudice on Plaintiff's Claims of Punitive Damages filed by Plaintiffs and Defendant Colgate-Palmolive Company ("Colgate") and the record, it is hereby:

ORDERED, that the Consent Motion to Enter Judgment with Prejudice on Plaintiff's Claims of Punitive Damages is GRANTED, that Colgate's Motion for Partial Summary Judgment on Plaintiffs' Claim for Punitive Damages (Doc No. 114), its supporting Memorandum (Doc. No. 115) and Statement of Facts (Doc. No. 116) are moot, and that the Plaintiffs' claims for punitive damages against Colgate is hereby dismissed with prejudice.

Dated: 1/30/23

_____
LOUISE W. FLANAGAN
United States District Judge