UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No. 5:21-CV-00179-FL

| | |
|---|---|
| Patricia McElroy and Stephen McElroy, | § § § |
| Plaintiffs, | § § |
| vs. | § § § |
| AT&T Corporation (successor in interest to Bell Laboratories) et al. | § § § |
| Defendants. | § § |

**JOINT MOTION TO DISMISS DEFENDANTS
JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC.,
<u>WITH PREJUDICE</u>**

NOW COME, the Plaintiffs and Defendants, Johnson & Johnson and Johnson & Johnson Consumer, Inc., by and through undersigned counsel, and hereby move this Honorable Court for an Order dismissing *with prejudice* the above captioned matter only as to Defendants Johnson & Johnson and Johnson & Johnson Consumer, Inc. pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as all pending claims against Defendants Johnson & Johnson and Johnson & Johnson Consumer, Inc. have been resolved.

It is agreed that each party will bear its own costs.

Respectfully submitted this 29th day of July 2024.

WE CONSENT:

_____
Ursula M. Henninger
KING & SPALDING LLP
300 South Tryon Street, Suite 1700
Charlotte, NC 28202

WE MOVE:

*/s/ Demetrios T. Zacharopoulos*
Demetrios T. Zacharopoulos, Esq.
FLINT COOPER, LLC
3838 Oak Lawn Ave., Ste. 1000
Dallas, TX 75219

1

Tel: (704) 503-2600/Fax: (704) 503-2622
Email: uhenninger@kslaw.com
NC Bar No. 19074
Attorney for Defendants Johnson & Johnson
 and Johnson & Johnson Consumer, Inc.

Tel: (214) 722-7573/Fax: (469) 317-6301
Email: dz@flintcooper.com
MD Bar No. 27758
*Special Appearance*
Attorney for Plaintiffs

*/s/ Janet Ward Black*
Janet Ward Black, Esq.
WARD BLACK LAW
208 W. Wendover Avenue
Greensboro, NC 27401
Tel: (336) 333-2244
Email: jwblack@wardblacklaw.com
NC Bar No. 12869
Local Civil Rule 83.1(d) Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed with the Clerk of the Court of the Eastern District of North Carolina using the CM/ECF system in accordance with the Federal Rules of Civil Procedure which will send a notice of electronic filing to all counsel of record on this 29th day of July 2024.

*/s/ Demetrios T. Zacharopoulos*
Demetrios T. Zacharopoulos, Esq.