UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No. 5:21-CV-00179-FL

| | |
|---|---|
| Patricia McElroy and Stephen McElroy, | § |
| | § |
| Plaintiffs, | § |
| | § |
| vs. | § |
| | § |
| AT&T Corporation (successor in interest to Bell Laboratories) et al. | § |
| | § |
| Defendants. | § |

## JOINT MOTION TO DISMISS DEFENDANTS JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC., <u>WITH PREJUDICE</u>

NOW COME, the Plaintiffs and Defendants, Johnson & Johnson and Johnson & Johnson Consumer, Inc., by and through undersigned counsel, and hereby move this Honorable Court for an Order dismissing *with prejudice* the above captioned matter only as to Defendants Johnson & Johnson and Johnson & Johnson Consumer, Inc. pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as all pending claims against Defendants Johnson & Johnson and Johnson & Johnson Consumer, Inc. have been resolved.

It is agreed that each party will bear its own costs.

Respectfully submitted this 30th day of July 2024.

| WE CONSENT: | WE MOVE: |
|---|---|
| */s/ Ursula M. Henninger* | */s/ Demetrios T. Zacharopoulos* |
| Ursula M. Henninger | Demetrios T. Zacharopoulos, Esq. |
| KING & SPALDING LLP | FLINT COOPER, LLC |
| 300 South Tryon Street, Suite 1700 | 3838 Oak Lawn Ave., Ste. 1000 |
| Charlotte, NC 28202 | Dallas, TX 75219 |

1

| | |
|---|---|
| (704) 503-2600<br>Fax: (704) 503-2622<br>uhenninger@kslaw.com<br>NC Bar No. 19074<br>Attorney for Defendants Johnson & Johnson and Johnson & Johnson Consumer, Inc. | Tel: (214) 722-7573<br>Fax: (469) 317-6301<br>dz@flintcooper.com<br>MD Bar No. 27758<br>*Special Appearance*<br>Attorney for Plaintiffs |

*/s/ Janet Ward Black*
Janet Ward Black, Esq.
WARD BLACK LAW
208 W. Wendover Avenue
Greensboro, NC 27401
Tel: (336) 333-2244
jwblack@wardblacklaw.com
NC Bar No. 12869
Local Civil Rule 83.1(d) Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed with the Clerk of the Court of the Eastern District of North Carolina using the CM/ECF system in accordance with the Federal Rules of Civil Procedure which will send a notice of electronic filing to all counsel of record on this 30th day of July 2024.

/s/ *Demetrios T. Zacharopoulos*
Demetrios T. Zacharopoulos, Esq.