UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No. 5:21-CV-00179-FL

| Patricia McElroy and Stephen McElroy, | § |
|---|---|
| Plaintiffs, | § |
| vs. | § |
| AT&T Corporation (successor in interest to Bell Laboratories) et al. | § |
| Defendants. | § |

## **ORDER**

This matter is before the Court upon joint motion to dismiss by Plaintiffs and Defendants, Johnson & Johnson and Johnson & Johnson Consumer, Inc. to dismiss with prejudice all claims against Defendants Johnson & Johnson and Johnson & Johnson Consumer, Inc. in this matter.

It appearing that grounds exist to permit Plaintiffs to voluntary dismiss this action against Johnson & Johnson and Johnson & Johnson Consumer, Inc. with prejudice, and that the motion should be granted for good causes shown;

IT IS THEREFORE ORDERED that the action of Plaintiffs against Defendants, Johnson & Johnson and Johnson & Johnson Consumer, Inc. be DISMISSED WITH PREJUDICE.

Each party to bear its own costs.

This 31st day of July, 2024.

_____
Louise Wood Flanagan
United States District Judge